1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6  VERNON R. DeMOIS, JR., Individually
   and On Behalf of All Others Similarly         CASE NO. 12-CV-3196 ~~(LHK)(HRL)~~  MMC
7  Situated,
8          Plaintiff(s),                         ~~(Proposed)~~
                                                 ORDER GRANTING APPLICATION
9      v.                                        FOR ADMISSION OF ATTORNEY
                                                 *PRO HAC VICE*
10 FACEBOOK, INC., et al.,
11
12         Defendant(s).
                                         /
13
14 Brant W. Bishop, P.C.                   , whose business address and telephone number is

15 Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601
   Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email:
16 brant.bishop@kirkland.com

17 and who is an active member in good standing of the bar of  DC, NY and UT

18 having applied in the above-entitled action for admission to practice in the Northern District of

19 California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

20       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22 *vice.* Service of papers upon and communication with co-counsel designated in the application

23 will constitute notice to the party. All future filings in this action are subject to the requirements

24 contained in General Order No. 45, *Electronic Case Filing.*

25
26 Dated:  July 9, 2012
                                                  _____
27                                                United States   District    Judge
28

**United States District Court**
For the Northern District of California