**United States District Court**
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated,

    Plaintiff(s),

 v.

FACEBOOK, INC., et al.,

    Defendant(s).
_____/

CASE NO. 12-CV-3196 ~~(LHK)(HRL)~~  MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Andrew B. Clubok, whose business address and telephone number is 601 Lexington Avenue, New York, NY 10022; telephone: 212-446-4800; email: andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of DC, NY and OH having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 9, 2012

                                                      United States District Judge