1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VERNON R. DeMOIS, JR., Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 3:12-cv-03196-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

   James P. Rouhandeh, whose business address and telephone number is

   James P. Rouhandeh
   DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
   New York, New York 10017
   Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Morgan Stanley & Co. LLC.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party.  All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

4

5  Dated: __July 16, 2012_____

6
7                                               _____
                                                 The Honorable Maxine M. Chesney
                                                 United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2
[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-03196-MMC